IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHENECQUA BUTT,<br>        Plaintiff, | CIVIL ACTION |
| vs. | NO. 2:18-cv-04770-CDJ |
| PHILADELPHIA HOUSING AUTHORITY,<br>et al.,<br>        Defendants. | |

**O R D E R**

AND NOW, this __24TH__ day of June, 2021, upon consideration of Defendants' Motion for Sanctions to Compel Plaintiff's Response to Requests for Production of Documents and Production of Medical Records (ECF No. 66), Plaintiff's response thereto (ECF No. 67), and Defendants' reply (ECF No. 72),[1] it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Within five days of the date of this Order, Plaintiff shall provide Defendants with executed versions of the HIPAA authorization forms provided to her by Defendants on April 21, 2021. Additionally, within 30 days of the date of this Order, Plaintiff shall pay Defendants $500 as reasonable expenses necessitated by her noncompliance with my November 23, 2020 Order.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] By Order dated June 2, 2021, the Honorable C. Darnell Jones referred this motion to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A). *See* Order, ECF No. 73.