IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHENECQUA BUTT,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   2:18-cv-04770-CDJ |
| | : | |
| **PHILADELPHIA HOUSING AUTHORITY,** | : | |
| et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this   15TH   day of September, 2021, upon consideration of Defendants' Second Motion for Sanctions (ECF No. 76), Plaintiff's response thereto (ECF No. 78), and Defendants' reply (ECF No. 82),[1] it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part** and **DENIED in part**.  To the extent not already produced, within five days of the date of this Order, Plaintiff shall produce all medical records from her new medical provider referenced by her counsel at the June 30, 2021, meet-and-confer, as well as those relating to her July 1, 2021, hospitalization.  Additionally, within 30 days of the date of this Order, Plaintiff shall pay Defendants $1,000 as reasonable expenses necessitated by her noncompliance with my June 24, 2021, Order.  Further, Defendants may depose Plaintiff after receiving additional medical records, and she shall pay all expenses for the deposition, including $2,000 for Defendants' attorneys' fees.

In all other respects, the Court denies the motion.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] By Order dated July 20, 2021, the Honorable C. Darnell Jones referred this motion to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).  *See Order*, ECF No. 80.