IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENECQUA BUTT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-4770 |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY et al., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 14th day of February, 2024, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF Nos. 114, 118) is **GRANTED IN PART** and **DENIED IN PART** as listed below. Plaintiff's Motion for Summary Judgment (ECF No. 116) is **DENIED**.[1]

**Claim I**: Discrimination and Retaliation under Section 1981, against PHA and Individual Defendants.

- **Result**: Summary judgment is granted for PHA as to all Section 1981 claims. Summary judgment is granted for Individual Defendants on the Section 1981 discrimination claims. Summary judgment is denied as to the Section 1981 retaliation claims against Individual Defendants.

**Claim II**: Race, Color, and Gender Discrimination under Title VII, against PHA.

- **Result**: Summary judgment is granted for PHA as to Butt's Title VII race, color, and gender discrimination claim.

**Claim III**: Retaliation under Title VII, against PHA.

- **Result**: Summary judgment is denied as to Butt's Title VII retaliation claim against PHA.

---

[1] Butt moves for summary judgment on all her disability-related claims. Genuine disputes of material fact exist as to all these claims. While Butt includes information relating to her medical limitations, she does not list a medical diagnosis. A factual question remains as to Butt's specific disability.

**Claim IV**: State Law Discrimination on the basis of race, color, gender, and disability, under the PHRA, against PHA.

- **Result**: Summary judgment is granted for PHA except as to Butt's disability discrimination claims.

**Claim V**: State Law Retaliation under the PHRA, against PHA.

- **Result**: Summary judgment is denied.

**Claim VI**: State Law Discrimination (aiding and abetting) on the basis of race, color, gender, and disability, under the PHRA, against Individual Defendants.

- **Result**: Summary judgment is granted for Individual Defendants on all PHRA discrimination claims except as to Butt's disability discrimination claim.

**Claim VII**: Discrimination under the Americans with Disabilities Act ("ADA"), against PHA.

- **Result**: Summary judgment is denied on Butt's ADA claim against PHA.

**Claim VIII**: Retaliation under the ADA, against PHA.

- **Result**: Summary judgment is denied on Butt's ADA retaliation claim against PHA.

**Claim IX**: Discrimination on the basis of race, color, gender, and disability, under the PFPO, against PHA and Individual Defendants.

- **Result**: Summary judgment is granted for PHA and Individual Defendants except as to Butt's disability discrimination claims.

**Claim X**: Retaliation under the PFPO, against PHA and Individual Defendants.

- **Result**: Summary judgment is denied on Butt's PFPO retaliation claims against PHA and Individual Defendants.

**Claim XI**: Discrimination (aiding and abetting) on the basis of race, color, gender, and disability, under the PFPO, against Individual Defendants.

- **Result**: Summary judgment is granted for Individual Defendants except as to Butt's disability discrimination claims.

**Claim XII**: Interference with FMLA, against PHA.

- **Result**: Summary judgment is denied on Butt's FMLA claim against PHA.

 s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

COPIES **VIA ECF**